UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

HOLLY KAMM,                                           Civil No. 11-1151 (RHK/JSM)

                Plaintiff,                          **ORDER FOR DISMISSAL**

v.

AARGON COLLECTION AGENCY,

                Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  June 16, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge